UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
KATE CONROY,

                              Plaintiff

-against-

CREDTORS FINANCIAL GROUP, LLC,

                              Defendant.

------------------------------------------------------X

Case No.: 08 CIV. 6250

RULE 7.1 STATEMENT

Pursuant to RULE 7.1 of the Local Rules of the United States District Court for the Southern and Eastern Districts of New York, and to enable Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for CREDITORS FINANCIAL GROUP, LLC, certifies that the following are corporate parents, affiliates and/or subsidiaries of said party which is privately held.

              **None.**

Dated:      New York, New York
               August 7, 2008

                                      ABRAMS, GORELICK, FRIEDMAN &
                                      JACOBSON, P.C.
                                        Attorneys for Defendant
                                        ***CREDITORS FINANCIAL GROUP, LLC***

                                        By: _____
                                           Barry Jacobs (BJ-0216)
                                        One Battery Park Plaza, 4th Floor
                                        New York, New York 10004
                                        (212) 422-1200
                                        *File No.: 6842*

-2-

TO:  UNITED STATES DISTRICT COURT
     SOUTHERN DISTRICT OF NEW YORK
     U.S. COURTHOUSE
     500 Pearl Street
     New York, New York  10007

     AMIR J. GOLDSTEIN, ESQ. (AG-2888)
     Attorney for Plaintiff
     ***KATE CONROY***
     591 Broadway, Suite 3A
     New York, New York  10012
     (212) 966-5253