UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
KATE CONROY,

                                  Plaintiff,

                              -against-

CREDITORS FINANCIAL GROUP, LLC,

                                Defendant.
------------------------------------------------------------------X

Index No.: 08 CIV 6250

**ANSWER**

Defendant Demands Trial By Jury

      Defendant, CREDITOR FINANCIAL GROUP, LLC, by his attorneys, ABRAMS, GORELICK, FRIEDMAN & JACOBSON, P.C., as and for its Answer to plaintiffs' Verified Complaint alleges, upon information and belief, as follows:

### *INTRODUCTION*

      1.    Deny each and every allegation set forth in paragraph "1" of the Complaint, and refers all questions of law to the Court.

### *PARTIES*

      2.    Denies knowledge or information sufficient to form a belief as to the truth of each and every allegation as set forth in paragraph "2" of the Complaint.

      3.    Deny each and every allegation set forth in paragraph "3" of the Complaint, and refers all questions of law to the Court.

### *JURISDICTION*

      4.    Deny each and every allegation set forth in paragraph "4" of the Complaint, and refers all questions of law to the Court.

## *ANSWERING THE FIRST CAUSE OF ACTION ON BEHALF OF THE CLASS*

5. Repeats, reiterates and realleges each and every response to paragraphs "1" through "4," inclusive, of the Verified Complaint in answer to paragraph "5" of the Complaint, with the same force and effect as if fully set forth herein.

6. Denies each and every allegation set forth in paragraph "6" of the Complaint, and refers all questions of law to the Court.

7. Denies each and every allegation set forth in paragraph "7" of the Complaint, and refers all questions of law to the Court.

8. Denies each and every allegation set forth in paragraph "8" of the Complaint, and refers all questions of law to the Court.

9. Denies knowledge or information sufficient to form a belief as to the truth of each and every allegation as set forth in paragraph "9" of the Complaint.

10. Denies each and every allegation as set forth in paragraph designated "10" of the Complaint.

11. Denies each and every allegation as set forth in paragraph designated "11" of the Complaint.

12. Denies each and every allegation set forth in paragraph "12" of the Complaint, and refers all questions of law to the Court.

13. Denies knowledge or information sufficient to form a belief as to the truth of each and every allegation as set forth in paragraph "13" of the Complaint.

14. Denies each and every allegation set forth in paragraph "14" of the Complaint, and refers all questions of law to the Court.

15. Deny and refer to paragraph designated "15" of the Complaint, and refer all questions of law to the Court.

16. Deny and refer to paragraph designated "16" of the Complaint, and refer all questions of law to the Court.

17. Denies each and every allegation as set forth in paragraph designated "17" of the Complaint.

18. Denies each and every allegation as set forth in paragraph designated "18" of the Complaint.

19. Denies each and every allegation as set forth in paragraph designated "19" of the Complaint.

20. Denies each and every allegation as set forth in paragraph designated "20" of the Complaint.

21. Denies each and every allegation as set forth in paragraph designated "21" of the Complaint.

22. Denies each and every allegation as set forth in paragraph designated "22" of the Complaint.

23. Denies each and every allegation as set forth in paragraph designated "23" of the Complaint.

24. Denies each and every allegation as set forth in paragraph designated "24" of the Complaint.

25. Denies each and every allegation as set forth in paragraph designated "25" of the Complaint.

## *CLASS ALLEGATIONS*

*Violations of the Fair Debt Collection Practices Act brought by plaintiff on behalf of herself and the members of a class, as against the defendant*

26. Repeats, reiterates and realleges each and every response to paragraphs "1" through "25," inclusive, of the Verified Complaint in answer to paragraph "26" of the Complaint, with the same force and effect as if fully set forth herein.

27. Denies each and every allegation set forth in paragraphs "27" of the Complaint, and refers all questions of law to the Court.

28. Denies each and every allegation as set forth in paragraph designated "28" of the Complaint.

29. Denies each and every allegation as set forth in paragraph designated "29" of the Complaint.

30. Denies each and every allegation set forth in paragraph "30" of the Complaint, and refers all questions of law to the Court.

31. Denies each and every allegation as set forth in paragraph "31" of the Complaint, and refers all questions of law to the Court.

32. Denies each and every allegation set forth in paragraph "32" of the Complaint, and refers all questions of law to the Court.

33. Denies each and every allegation set forth in paragraph "33" of the Complaint, and refers all questions of law to the Court.

## *AS AND FOR A FIRST AFFIRMATIVE DEFENSE*

34. The correspondence forwarded by this answering defendant, if any, complied entirely with the Fair Debt Collection Procedures Act.

### *AS AND FOR A SECOND AFFIRMATIVE DEFENSE*

35. The correspondence in question did not overshadow the rights of the consumer.

### *AS AND FOR A THIRD AFFIRMATIVE DEFENSE*

36. The correspondence in question was not confusing to the "least sophisticated consumer."

### *AS AND FOR A FOURTH AFFIRMATIVE DEFENSE*

37. The members of the putative class are not similarly situated, and as such, the matter is not a candidate for class certification.

### *AS AND FOR A FIFTH AFFIRMATIVE DEFENSE*

38. The requirements as of FRCP 23 are not satisfied, and as such the matter is not a candidate for class certification.

### *AS AND FOR A SIXTH AFFIRMATIVE DEFENSE*

39. Plaintiffs' claims fail to state a cause of action upon which relief can be granted.

### *AS AND FOR A SEVENTH AFFIRMATIVE DEFENSE*

40. The defendant, contrary to the allegations of violation of 15 U.S.C.1692 (g), complied with all validation requests of the consumer.

**WHEREFORE,** the defendant, **CREDITORS FINANCIAL GROUP, LLC,** demands judgment dismissing the Class Action Complaint, together with the costs and disbursements of this action.

Dated: New York, New York
       August 7, 2008

                                    ABRAMS, GORELICK, FRIEDMAN &
                                    JACOBSON, P.C.
                                    Attorney for Defendant
                                    ***CREDITORS FINANCIAL GROUP, LLC***

                                    By: _____
                                         Barry Jacobs (BJ-0216)
                                    One Battery Park Plaza, 4th Floor
                                    New York, New York 10004
                                    (212) 422-1200
                                    *File No.: 6842*


TO:    UNITED STATES DISTRICT COURT
         SOUTHERN DISTRICT OF NEW YORK
         500 Pearl Street
         New York, New York 10007

         AMIR J. GOLDSTEIN (AG-2888)
         Attorney for Plaintiff
         ***KATE CONROY***
         591 Broadway, Suite 3A
         New York, New York 10012
         (212) 966-5253