STATE OF NEW YORK      )
                       )ss.:
COUNTY OF NEW YORK     )

    Angel DeJesus, being duly sworn, deposes and says:

    I am not a party to the within action; I am over 18 years of age; I reside in Bronx, New York.

    On August 7, 2008 I served the within Rule 7.1 Statement upon:

TO:   UNITED STATES DISTRICT COURT
      SOUTHERN DISTRICT OF NEW YORK
      U.S. COURTHOUSE
      500 Pearl Street
      New York, New York  10007

      AMIR J. GOLDSTEIN, ESQ. (AG-2888)
      Attorney for Plaintiff
      ***KATE CONROY***
      591 Broadway, Suite 3A
      New York, New York  10012
      (212) 966-5253

above address(es) by depositing a true copy of same, enclosed in a stamped, properly addressed wrapper, in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York.

                                                                                 _____
                                                                                  Angel DeJesus

Sworn to before me this
7th day of August, 2008

_____
Notary Public

            MARYANN LUTZ
    Notary Public, State of New York
          No. 4847186
    Qualified in Richmond County
    Comm. Expires 11/30/ 2009