| **AGF&J** | Abrams, Gorelick, Friedman & Jacobson, PC<br>Attorneys At Law | One Battery Park Plaza<br>4th Floor<br>New York, NY 10004 | Phone: 212 422-1200<br>Fax: 212 968-7573<br>www.agfjlaw.com |

August 15, 2008



RECEIVED
AUG 15 2008
CHAMBERS OF
RICHARD J. HOLWELL

**VIA FACSIMILE: (212) 805-7948**
Judge Richard J. Holwell
United States District Court
Daniel T. Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007-1312

08 CV 06250

Re:  Conroy v. Creditors Financial Group, LLC
     Case No.:  08-CV-~~06250~~
     Our File No.: 6842

Dear Judge Holwell:

We represent the defendant, and submit this application, with plaintiff's consent, for an <u>adjournment of the Initial Scheduling Conference currently scheduled for September 12, 2008 at 10:30 a.m.</u>  Mr. Goldstein and I have conferred, and jointly request this conference be adjourned to September 23, 2008 at 4:00 p.m., provided of course, that the date and time is acceptable to the Court.

The reason for the request is that I will be out of the country from September 9th to September 19th, belatedly celebrating my twenty-fifth wedding anniversary. This is the first request for an adjournment, and it does not interfere with and will not cause any delay with regard to any previously scheduled dates.

We thank you for your consideration of the above.

*Conference adjourned to 10/10/08 at 10:30 a.m.*
*So ORDERED*
*RJHolwell USDJ 8/18/08*

Respectfully yours,

ABRAMS, GORELICK, FRIEDMAN
& JACOBSON, P.C.

By: _____
    Barry Jacobs

cc:  **VIA FACSIMILE: (866) 288-9194**
     Amir J. Goldstein, Esq.
     591 Broadway, Suite 3a
     New York, New York 10012

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/21/08